WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
jgarabedian@wrightlegal.net
(702) 475-7964; Fax: (702) 946-1345
*Attorney for Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID KORONIK, an Individual | Case No.:  2:13-cv-02060-APG-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| OCWEN LOAN SERVICING, LLC, a foreign limited liability company; ROBERT PELLEGRINO, an Individual;  THERESA PELLEGRINO, an Individual, DOES 1 through 10; and ROE CORPORATIONS 1 through 10, Inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER**

Defendant Ocwen Loan Servicing, LLC ("Ocwen"), Plaintiff David Koronik ("Plaintiff"), Proposed Substitute Defendant Nationstar Mortgage LLC, and Proposed Defendant-Intervenors Federal Home Loan Mortgage Corporation and Federal Housing Finance Agency, by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. The above-captioned action concerns quiet title and declaratory relief claims regarding real property located at 1809 Calle De Vegas, Las Vegas, Nevada 89102 (hereinafter the "Property").

2. Plaintiff claims it acquired title to the Property following an HOA foreclosure sale under NRS 116, and Plaintiff further claims said foreclosure sale extinguished that certain Deed of Trust recorded with the Clark County Recorder's Office on August 20, 2007 as document/instrument number 20070820-0003934 (hereinafter the "Deed of Trust").

3. The Federal Home Loan Mortgage Corporation ("Freddie Mac"), which is under the conservatorship of the Federal Housing Finance Agency ("FHFA"), claims ownership of the Deed of Trust and the note it secures.

4. An Assignment of Deed of Trust Nevada was recorded with the Clark County Recorder's Office on January 25, 2011 as document/instrument 20110125-0002215, wherein the Deed of Trust was assigned to Ocwen.

5. After the commencement of the above captioned action, an Assignment of Deed of Trust was recorded with the Clark County Recorder's Office on October 28, 2013 as document/instrument 20131028-0000656, wherein Ocwen assigned its interest in the Deed of Trust to Nationstar Mortgage LLC (hereinafter "Nationstar").

NOW WHEREFORE, based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED, that Nationstar shall be substituted in the place and stead of Ocwen.

IT IS FURTHER STIPULATED AND AGREED that Freddie Mac and FHFA shall be permitted to intervene as co-defendants in the above captioned action pursuant to Federal Rule of Civil Procedure 24.

IT IS SO STIPULATED AND AGREED.

| | | |
|---|---|---|
| 1 | DATED this 26th day of June, 2015. | |
| 2 | WRIGHT, FINLAY & ZAK, LLP | BLACK & LOBELLO |
| 3 | /s/ Jory C. Garabedian, Esq. | /s/ Steven J. Mack, Esq. |
| | Dana Jonathon Nitz, Esq. | Tisha R. Black, Esq. |
| 4 | Nevada Bar No. 0050 | Nevada Bar No. 5876 |
| 5 | Jory C. Garabedian, Esq. | Steven J. Mack, Esq. |
| | Nevada Bar No. 10352 | Nevada Bar No. 4000 |
| 6 | 7785 W. Sahara Ave, Suite 200 | 10777 W. Twain Ave., 3rd Fl. |
| | Las Vegas, NV 89148 | Las Vegas, NV 89135 |
| 7 | *Attorneys for Ocwen Loan Servicing, LLC;* | *Attorneys for Plaintiff* |
| 8 | *Proposed Substituted Party Nationstar Mortgage, LLC; & Proposed Intervenor* | |
| 9 | *Federal Home Loan Mortgage Corporation* | |
| 10 | FENNEMORE CRAIG, P.C. | |
| 11 | /s/ John D. Tennert, Esq. | |
| 12 | Leslie Bryan Hart, Esq. | |
| | Nevada Bar No. 4932 | |
| 13 | John D. Tennert, Esq. | |
| | Nevada Bar No. 11728 | |
| 14 | 300 E. Second St., Suite 1510 | |
| 15 | Reno, Nevada 89501 | |
| | Tel: (775) 788-2228  Fax: (775) 788-2229 | |
| 16 | And | |
| | ARNOLD & PORTER LLP | |
| 17 | (*Pro Hac Vice* to be Submitted) | |
| 18 | Asim Varma, Esq. (*Pro Hac Vice*) | |
| | Howard N. Cayne, Esq. (*Pro Hac Vice*) | |
| 19 | Michael A.F. Johnson, Esq. (*Pro Hac Vice*) | |
| 20 | 555 12th Street NW | |
| | Washington, DC 20004 | |
| 21 | Tel: (202) 942-5000  Fax: (202) 942-5999 | |
| | *Attorneys for Proposed Intervenor Federal* | |
| 22 | *Housing Financing Agency* | |
| 23 | | IT IS SO ORDERED: |
| 24 | | |
| 25 | | _____ |
| 26 | | GEORGE FOLEY, JR. |
| | | United States Magistrate Judge |
| 27 | | DATED: June 29, 2015 |
| 28 | | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **STIPULATION AND ORDER** was made on the 26th day of June, 2015, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

/s/ Jenn Alexy
An Employee of WRIGHT, FINLAY & ZAK, LLP