TISHA R. BLACK, ESQ.
Nevada Bar No. 005876
STEVEN J. MACK, ESQ.
Nevada Bar No. 004000
**BLACK & LOBELLO**
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
tblack@blacklobellolaw.com
smack@blacklobellolaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID KORONIK, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a foreign limited liability company; ROBERT PELLEGRINO, an Individual; THERESA PELLEGRINO, an Individual, DOES 1 through 10; and ROE CORPORATIONS 1 though 10, Inclusive,<br><br>Defendants.<br><br>and<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal Home Loan Mortgage Corp.,<br><br>Intervenors | Case No: 2:13-cv-02060-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTERDEFENDANT DAVID KORONIK TO FILE A RESPONSIVE PLEADING TO COUNTERCLAIM [DKT. 22]**<br><br>**(FIRST REQUEST)** |
| FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal Home Loan Mortgage Corp.,<br><br>Counterclaimant,<br><br>v.<br><br>DAVID KORONIK, an individual,<br><br>Counter-Defendant | |

The parties respectfully submit the following Stipulation and Order to allow Counterdefendant David Koronik, up to and including October 5, 2015 to file a responsive pleading. Counterclaimant Federal Housing Finance Agency filed its Counterclaim [Dkt. 22] on August 19, 2015. Pursuant to the stipulation of the parties, David Koronik shall have until October 5, 2015 to file a responsive pleading.

The parties enter into this stipulation in order to address current time restraints on plaintiff's counsel.

This is the parties' first request for an extension.

| | |
|---|---|
| Dated this 30th day of September, 2015.<br><br>**FENNEMORE CRAIG, P.C.**<br><br> */s/ Leslie Bryan Hart* _____<br>Leslie Bryan Hart, Esq.<br>John D. Tennert, Esq.<br>300 E. Second St., Suite 1510<br>Reno, NV  89501<br>*Attorneys for Intervenor/Counterclaimant*<br> *Federal Housing Finance Agency* | Dated this 30th day of September, 2015.<br><br>**BLACK & LOBELLO**<br><br> */s/ Steven Mack* _____<br>Steven Mack, Esq.<br>10777 W. Twain Ave., Third Floor<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:  October 5, 2015**

BLACK & LOBELLO
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669