# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID KORONIK,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, *et al.*,<br><br>    Defendants.<br><br>and<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal Home Loan Mortgage Corp.,<br><br>    Intervenors. | Case No. 2:13-cv-02060-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Intervenors Federal Home Loan Mortgage Corporation and Federal Housing Finance Agency's Motion to Stay Discovery (#38), filed November 24, 2015.

Intervenors request that the Court stay proceedings pending the resolution of Intervenors' Motion to Consolidate Action with Case No. 2:15-cv-1338-GMN-CWH (#39). Intervenors argue that a stay of discovery is appropriate as it will further the interests of judicial economy and conserve party resources because the underlying dispositive legal issue in all of the related cases is identical. Intervenors also assert that whether or not this case requires discovery should be decided by the court that will ultimately hear the substantive claims in this action. The Court agrees. Furthermore, Plaintiff/Counter-Defendant, David Koronik, does not oppose a stay of discovery. Accordingly,

. . .

. . .

**IT IS HEREBY ORDERED** that Intervenors Federal Home Loan Mortgage Corporation and Federal Housing Finance Agency's Motion to Stay Discovery (#38) is **granted.** Discovery proceedings are stayed pending the Court's determination of the following motion:

1. Intervenors' Motion to Consolidate Action with Case No. 2:15-cv-1338-GMN-CWH (#39)

DATED this 30th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge