Dana Jonathon Nitz, Esq. (SBN 0050)
Regina A. Habermas, Esq. (SBN 8481)
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7970; Fax: (702) 946-1345
dnitz@wrightlegal.net; rhabermas@wrightlegal.net
*Attorneys for Intervenor and Counterclaimant*
*Federal Home Loan Mortgage Corporation*

Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@aporter.com; Howard.Cayne@aporter.com; Michael.Johnson@aporter.com

*Attorneys for Intervenor Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID KORONIK, an Individual,<br><br>Plaintiff,<br>vs.<br>NATIONSTAR MORTGAGE, LLC; ROBERT PELLEGRINO, an Individual; THERESA PELLEGRINO, an Individual, DOES 1-10; and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants.<br><br>and<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal Home Loan Mortgage Corp.,<br><br>Intervenors. | CASE NO.: 2:13-cv-02060-APG-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING THE DEADLINE TO FILE DISPOSITIVE MOTIONS PENDING THE COURT'S DETERMINATION OF THE MOTION TO CONSOLIDATE.**<br><br>**FIRST REQUEST** |

11173973

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal Home Loan Mortgage Corp.,<br>　　　　　　　　　Counterclaimant,<br>　vs.<br>DAVID KORONIK, an Individual,<br>　　　　　　　　　Counter-defendant. |

Plaintiff/Counter-defendant David Koronik ("Koronik"), Defendant/Counterclaimant Federal Home Loan Mortgage Corporation ("Freddie Mac") and Intervenor Federal Housing Finance Agency, as Freddie Mac's Conservator ("FHFA"), by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on May 28, 2015, the Court entered an Order granting the Stipulation to Reopen Discovery (First Request) (Doc.#18) that provided a December 30, 2015 deadline to file dispositive motions.

WHEREAS, on November 30, 3015, the Court entered an Order granting Freddie Mac and FHFA's Motion to Stay Discovery (Doc.#40) whereby the Court ordered that "[d]iscovery proceedings are stayed pending the Court's determination of the following motion:

1. Intervenors' Motion to Consolidate Action with Case No. 2:15-cv-1338-GMN-CWH (#39)"

WHEREAS, until the Court decides the Motion to Consolidate, the parties wish to stay the deadline to file dispositive motion for the same reasons set forth in the Court's Order granting Freddie Mac and FHFA's Motion to Stay Discovery (Doc.#40).

WHEREAS, good cause exists to stay the dispositive motion deadline in this action because discovery has been stayed and in furtherance of the interests of judicial economy dispositive motions should be decided by the Court that will ultimately hear the claims in this action.

IT IS HEREBY AGREED AND STIPULATED that the deadlines for the parties to file dispositive motions shall be stayed pending the Court's determination of the Motion to Consolidate.

11173973

DATED this 30th day of December, 2015.

| **WRIGHT, FINLAY & ZAK, LLP** | **FENNEMORE CRAIG, P.C.** |
|---|---|
| By: /s/ Dana Jonathon Nitz | By: /s/ Leslie Bryan Hart |
| Dana Jonathon Nitz, Esq. (SBN 00050) | Leslie Bryan Hart, Esq. (SBN 4932) |
| Regina A. Habermas, Esq. (SBN 8481) | John D. Tennert, Esq. (SBN 11728) |
| 7785 W. Sahara Ave., Suite 200 | 300 E. Second St., Suite 1510 |
| Las Vegas, NV 89117 | Reno, Nevada 89501 |
| Tel: 702-475-7964  Fax 702-946-1345 | Tel: 775-788-2228   Fax: 775-788-2229 |
| dnitz@wrightlegal.net; | lhart@fclaw.com; jtennert@fclaw.com |
| ccrowton@wrightlegal.net | and |

*Attorney for Intervenor and Counterclaimant Federal Home Loan Mortgage Corporation*

**ARNOLD & PORTER LLP**
(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.

**BLACK & LOBELLO**

By: /s/ Steven J. Mack
 Tisha R. Black Chernine, Esq. (SBN 5876)
 Steven J. Mack, Esq. (SBN 4000)
 10777 W. Twain Ave., Third Floor
 Las Vegas, NV 89135
 Tel: 702-869-8801  Fax 702-869-2669
 tblack@blacklobellolaw.com;
 smack@blacklobellolaw.com

*Attorneys for Intervenor Federal Housing Financing Agency*

*Attorney for Plaintiff David Koronik*

## ORDER

IT IS SO ORDERED.

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated:  December 31, 2015

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

11173973

3